# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>DAVID CLAIRE LOHR,<br><br>    Defendant. | Case No. 19-cr-70197 MAG (NC)<br><br>**DETENTION ORDER**<br><br>Hearing: Feb. 11, 2019 |

In accordance with the Bail Reform Act, 18 U.S.C. § 3142(f), the Government moved for detention of the defendant David Claire Lohr, Jr., and the Court on Feb. 11, 2019, held a detention hearing to determine whether any condition or combination of conditions will reasonably assure the appearance of the defendant as required and the safety of any other person and the community. This order sets forth the Court's findings of fact and conclusions of law as required by 18 U.S.C. § 3142(i). The Court finds that detention is warranted.

The defendant was present at the detention hearing, represented by his appointed CJA attorney Carleen Arlidge. The Government was represented by AUSA Marissa Harris.

The defendant is charged by criminal complaint in the Central District of California with tampering with consumer products in violation of 18 U.S.C. § 1365(a). ECF 1. The

defendant is presumed innocent of the charges. *See* 18 U.S.C. § 3142(j).

The detention hearing was held publicly. Both parties were allowed an opportunity to call witnesses and to present evidence. Both parties presented their arguments by way of proffer through counsel. Both parties may appeal this detention order to the assigned trial judge in the U.S. District Court for Central District of California.

I. PRESUMPTIONS

None.

II. REBUTTAL OF PRESUMPTIONS

Not applicable.

III. WRITTEN FINDINGS OF FACT AND STATEMENT OF REASONS

The Court has considered the factors set out in 18 U.S.C. § 3142(g) and all of the information submitted at the hearing and finds as follows. The Court adopts the facts set forth in the Pretrial Services Reports prepared Feb. 7. The Court finds that the Government has established by more than clear and convincing evidence that the defendant poses a serious risk of danger to the community. In making this finding, the Court follows the recommendation of Pretrial Services. Lohr has a substantial criminal record, including multiple convictions that involve violence: battery and impersonating an officer in 2017; aggravated battery in 2009; and battery in 2001 and 2003. He is subject to a felony arrest warrant out of Maricopa County (Arizona) Superior Court dated Jan. 11, 2019, for conduct that appears similar to the conduct charged in this case. The Government has also established a risk of non-appearance by at least a preponderance of the evidence. Lohr has at least two bench warrants for failures to appear and the recently-issued warrant out of Maricopa County. His residency and employment history are not known. The Court has concerns about untreated mental health issues based on Lohr's behavior in the Courtroom on both Feb. 8 and 11. A mental health evaluation is recommended upon Lohr's arrival in the Central District of California.

## IV. DIRECTIONS REGARDING DETENTION

The defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant must be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on the request of an attorney for the Government, the person in charge of the corrections facility must deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

IT IS SO ORDERED.

Date: Feb. 11, 2019

_____
Nathanael M. Cousins
United States Magistrate Judge